UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAX REED II,

                Plaintiff

   v.

JENNIFER NASH, et al.,

                Defendants

Case No.  2:23-cv-00176-ART-DJA

ORDER

      The Court issues this order on its own initiative. Due to a docketing error, the Court recognizes that the Office of the Attorney General of the State of Nevada did not receive notice of the Court's screening order (ECF No. 3) issued on May 8, 2023. Considering this development, the Court resets the deadlines contained in the screening order as follows:

      It is therefore ordered that given the nature of the claim(s) that the Court has permitted to proceed in the screening order (ECF No. 3), the 90-day stay is **RESET** from the date of this order to allow Plaintiff and Defendant(s) an opportunity to settle their dispute before the $350.00 filing fee is paid, an answer is filed, or the discovery process begins. **During this 90-day stay period and until the Court lifts the stay, no other pleadings or papers will be filed in this case**, and the parties will not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so. The Court will refer this case to the Court's Inmate Early Mediation Program, and the Court will enter a subsequent order. Regardless, on or before 90 days from the date this order is entered, the Office of the Attorney General will file the report form attached to this order regarding the results of the 90-day stay, even if a stipulation for dismissal is entered prior to the end of the 90-day stay. If the parties proceed with this action, the Court will then issue an order setting a date for Defendants to file an answer or other response. Following the filing of an answer, the Court will issue a scheduling order setting discovery and dispositive motion deadlines.

It is further ordered that if any party seeks to have this case excluded from the inmate mediation program, that party will file a "motion to exclude case from mediation" no later than 21 days prior to the date set for mediation. The responding party will have 7 days to file a response. No reply will be filed. Thereafter, the Court will issue an order, set the matter for hearing, or both.

It is further ordered that if Plaintiff needs an interpreter to participate in the mediation program, Plaintiff will file a notice identifying the interpretation language and the need for the interpreter within 30 days from the date of this order.

It is further ordered that the Clerk of Court is further directed to add the Nevada Department of Corrections to the docket as an Interested Party and electronically serve a copy of this order, the screening order (ECF No. 3), and a copy of Plaintiff's Complaint (ECF No. 4) on the Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the interested party on the docket. This does not indicate acceptance of service.

It is further ordered that the Attorney General's Office must advise the Court within 21 days of the date of the entry of this order whether it will enter a limited notice of appearance on behalf of Interested Party for the purpose of participation in the Early Mediation Program. No defenses or objections, including lack of service, will be waived because of the filing of the limited notice of appearance.

DATED this 5th day of June 2023.

_____
United States Magistrate Judge